174 A.3d 513

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. JON-ATHAN WALKER, A/K/A JONATHAN L. WALKER AND JO-NATHON WALKER, DEFENDANT–PETITIONER.

C–194 September Term 2017
079407

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001894–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

174 A.3d 513

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ERIC DARDEN, DEFENDANT–PETITIONER.

C–164 September Term 2017
079356

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003975–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.